UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-81856-MIDDLEBROOKS

VRANY JESUS,

    Plaintiff,

v.

CMR CONSTRUCTION &
ROOFING, LLC, UMANA
CONSTRUCTION LLC, and
ERVIN UMANA, individually,

    Defendants.

_____/

## FINAL DEFAULT JUDGMENT AGAINST DEFENDANTS UMANA CONSTRUCTION LLC and ERVIN UMANA

Pursuant to this Court's Order Granting Plaintiff's Motion for Final Default Judgment (DE 36), and pursuant to Rule 55(b)(1) and Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED AND ADJUDGED** that:

Final Default Judgment is hereby entered in favor of Plaintiff Vrany Jesus and against Defendants Umana Construction LLC and Ervin Umana. Plaintiff is awarded $31,544.90 in damages, $3,000.00 in attorney's fees, and $47.00 in costs.

**SIGNED** in Chambers in West Palm Beach, Florida, this 17 day of May, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record